```
FILED
December 30, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br> ) <br> Plaintiff,           ) <br> v.           ) <br> ) <br> GARY LOCH,           ) <br> ) <br> Defendant.           ) | Case No. 2:16CR00134-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GARY LOCH , Case No.  2:16CR00134-KJM , Charge  18USC § 922(a)(1)(A) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

        ✔  Unsecured Appearance Bond $50,000.00

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".  ***The defendant shall be released on 1/3/2017 at 9:00 a.m.***

    Issued at  Sacramento, CA  on  December 30, 2016  at  2:35 pm .

                                          By   /s/ Allison Claire/s/ Allison Claire
                                                   Allison Claire
                                                   United States Magistrate Judge

Copy 2 - Court