1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone:(916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net

6  Attorney for defendant
   GARY LOCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GARY LOCH,<br><br>            Defendant. | No. 2:16-CR-00134-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY REMOVE TRANSMITTER** |

The defendant, Gary Loch, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the Court order the temporary removal of Mr. Loch's transmitter to permit him to undergo an MRI.

Mr. Loch is subject to electronic monitoring pursuant to the conditions of his release. Mr. Loch resides in Oregon and US Pretrial Services in the District of Oregon is supervising him there as a courtesy. Eastern District of California PTS Officer Basurto has been notified by the supervising officer in the District of Oregon that Mr. Loch is in need of an MRI, which has been scheduled for August 14, 2017. His doctor has informed him that he will need to have the transmitter temporarily removed in order to undergo the procedure. Specifically, Mr. Loch will report to the Pretrial Services office in the District of Oregon by 8:00am on August 14, 2017 to have the transmitter removed. He will then report to the Pretrial Services office directly after the MRI by 11:30am that same date to have the transmitter put back on.

| | |
|---|---|
| Date: August 11, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Richard J. Bender<br>RICHARD J. BENDER<br>Assistant U.S. Attorney |
| Date: August 11, 2017 | /s/ WILLIAM BONHAM for<br>WILLIAM BONHAM<br>Counsel for defendant<br>GARY LOCH |

## ORDER

IT IS SO ORDERED. Mr. Loch's transmitter will be temporarily removed to permit him to undergo an MRI on August 14, 2017. Specifically, Mr. Loch will report to the Pretrial Services office in the District of Oregon by 8:00am on August 14, 2017 to have the transmitter removed. He will then report to the Pretrial Services office directly after the MRI by 11:30am that same date to have the transmitter put back on.

Date: August 11, 2017

HON. EDMUND F. BRENNAN
MAGISTRATE JUDGE