William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
GARY LOCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GARY LOCH,<br><br>                    Defendant. | No. 2:16-CR-00134-KJM-4<br><br>**STIPULATION AND ORDER FOR PERMISSION TO TRAVEL UNMONITORED** |

The defendant, Gary Loch, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the Court issue an order allowing Mr. Loch to travel unmonitored roundtrip from Oregon to Sacramento and to spend the night in Stockton in order to appear at his change of plea hearing, which is scheduled for Wednesday, October 18, 2017 at 9:00 am before Judge Mueller.

Mr. Loch resides in Oregon and is under the courtesy supervision of PTS Officer Lisa Brown of the United States Pretrial Services Office in the District of Oregon. Mr. Loch has received permission from PTS Officer Brown and Eastern District of California PTS Officer Rene Basurto to travel from Oregon to the Eastern District of California, specifically Stockton and Sacramento, CA, for his change of plea hearing.  Specifically, Mr. Loch will depart from Oregon, tomorrow, Tuesday, October 17, 2017, at 8:00 pm and drive to Stockton, CA, where he will spend the night with Sarah Nhep at 9170 Kirkby Lane, Stockton, CA.  The following day,

Wednesday, October 18, 2017, Mr. Loch will leave Stockton by 7:00 am and travel to Sacramento for court at 9:00 am. Following court, Mr. Loch will leave Sacramento around 1:00 pm and travel back to Oregon to arrive at his residence of record before 10:00 pm.

Mr. Loch is subject to electronic monitoring pursuant to the conditions of his release and requires the Court's permission to travel unmonitored and to spend the night away from his residence. As such, the parties request the Court grant Mr. Loch permission to travel roundtrip from Oregon to the Eastern District of California, specifically, to Stockton and Sacramento, for the purpose of attending his change of plea hearing on Wednesday, October 18, 2017.[1]


Date: October 16, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney


Date: October 16, 2017

/s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant
GARY LOCH

---

[1] This stipulation does not preclude the government from moving to remand Mr. Loch at the conclusion of his change of plea hearing.

**ORDER**

IT IS SO ORDERED.  Mr. Loch has permission to travel roundtrip from Oregon to the Eastern District of California, specifically, to Stockton and Sacramento, in line with the itinerary set forth above, for the purpose of attending his change of plea hearing on Wednesday, October 18, 2017.

Dated:  October 17, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE